**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRANK D. RUSSO, ET. AL.,**<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**MICROSOFT CORPORATION,**<br><br>　　　　Defendant. | Case No.  4:20-cv-04818-YGR<br><br>**ORDER VACATING DECEMBER 22, 2020 MOTION HEARING**<br><br>Re: Dkt. No. 25 |

　　　　Due to conflicts with the Court's calendar for the month of December 2020, the Court **VACATES** the December 22, 2020 motion hearing regarding defendant Microsoft Corporation's motion to dismiss.  (Dkt. No. 25.)  The Court will reset the hearing date at a later date.

　　　　**IT IS SO ORDERED.**

Dated: December 10, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**