**BAILEY & GLASSER, LLP**
Arthur H. Bryant (State Bar No. 208365)
abryant@baileyglasser.com
1999 Harrison Street, Suite 660
Oakland, CA 94612
(304) 345-6555 (main)
(304) 342-1110 (fax)

John W. Barrett (*admitted pro hac vice*)
jbarrett@baileyglasser.com
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 (fax)

**THE GOLAN FIRM PLLC**
Yvette Golan (*admitted pro hac vice*)
ygolan@tgfirm.com
529 14th Street Suite 914
Washington, DC 20045
(866) 298-4150 ext. 101
(928) 441-8250 (fax)

**Attorney for Plaintiffs**

**COOLEY LLP**
Whitty Somvichian (State Bar No. 194463)
(wsomvichian@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:(415) 693-2000
Facsimile:(415) 693-2222

**ORRICK HERRINGTON & SUTCLIFFE LLP**
Paul F. Rugani (*admitted pro hac vice*)
prugani@orrick.com
701 5th Avenue, Suite 5600
Seattle, WA 98104
Telephone: (206) 839-4300
Fax: (206) 839-4301

**Attorneys for Defendant**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

FRANK D. RUSSO, KOONAN LITIGATION CONSULTING, LLC, and SUMNER M. DAVENPORT & ASSOCIATES, LLC, on behalf of a similarly situated class,

Plaintiffs,

vs.

MICROSOFT CORPORATION,

Defendant.

Case No. 20-CV-04818-YGR

**CLASS ACTION**

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE**

Honorable Yvonne Gonzalez Rogers

The Plaintiffs and the Defendant, having reached a compromise, stipulate, and agree under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiffs' claims against the

Defendant are dismissed with prejudice. It is further stipulated that each party will bear its own costs, expenses, and attorneys' fees.

Respectfully submitted and dated this 23rd day of November, 2022.

BAILEY & GLASSER LLP

*/s/ John W. Barrett*
John W. Barrett (*admitted pro hac vice*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Email: jbarrett@baileyglasser.com

Arthur H. Bryant (State Bar No. 208365)
BAILEY & GLASSER, LLP
1999 Harrison Street, Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000
Email: abryant@baileyglasser.com

Yvette Y. Golan (*admitted pro hac vice*)
THE GOLAN FIRM PLLC
529 14th Street Suite 914
Washington, DC 20045
Telephone: (866) 298-4150 ext. 101
Email: ygolan@tgfirm.com

Samuel J. Strauss (*admitted pro hac vice*)
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Email: sam@turkestrauss.com

*Attorneys for Plaintiffs*

COOLEY LLP

/s/ Whitty Somvichian
Whitty Somvichian (State Bar No. 194463)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Email: wsomvichian@cooley.com

*Attorneys for Defendant*

IT IS SO ORDERED.

Dated:

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

**LOCAL RULE 5-1 STATEMENT**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this stipulation as required under the local rules.

DATED this 23rd of November, 2022.

BAILEY & GLASSER, LLP

By: /s/ John Barrett

John W. Barrett, *admitted pro hac vice*
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Email: jbarrett@baileyglasser.com

*Attorney for Plaintiffs*

**STIPULATED AND [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE - 3**

Case No. 20-CV-04818-YGR

**CERTIFICATE OF SERVICE**

I, John W. Barrett, hereby certify that on November 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 23rd of November, 2022.

BAILEY & GLASSER, LLP

By: /s/ John Barrett

John W. Barrett, *admitted pro hac vice*
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Email: jbarrett@baileyglasser.com

*Attorney for Plaintiffs*

**STIPULATED AND [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE - 4**

Case No. 20-CV-04818-YGR