| | |
|---|---|
| **BAILEY & GLASSER, LLP** | **COOLEY LLP** |
| Arthur H. Bryant (State Bar No. 208365) | Whitty Somvichian (State Bar No. 194463) |
| abryant@baileyglasser.com | (wsomvichian@cooley.com) |
| 1999 Harrison Street, Suite 660 | 3 Embarcadero Center, 20th Floor |
| Oakland, CA 94612 | San Francisco, CA 94111 |
| (304) 345-6555 (main) | Telephone:(415) 693-2000 |
| (304) 342-1110 (fax) | Facsimile:(415) 693-2222 |
| John W. Barrett (*admitted pro hac vice*) | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| jbarrett@baileyglasser.com | Paul F. Rugani (*admitted pro hac vice*) |
| 209 Capitol Street | prugani@orrick.com |
| Charleston, WV 25301 | 701 5th Avenue, Suite 5600 |
| (304) 345-6555 | Seattle, WA 98104 |
| (304) 342-1110 (fax) | Telephone: (206) 839-4300 |
| | Fax: (206) 839-4301 |
| **THE GOLAN FIRM PLLC** | |
| Yvette Golan (*admitted pro hac vice*) | **Attorneys for Defendant** |
| ygolan@tgfirm.com | |
| 529 14th Street Suite 914 | |
| Washington, DC 20045 | |
| (866) 298-4150 ext. 101 | |
| (928) 441-8250 (fax) | |

**Attorney for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FRANK D. RUSSO, KOONAN LITIGATION CONSULTING, LLC, and SUMNER M. DAVENPORT & ASSOCIATES, LLC, on behalf of a similarly situated class, | Case No. 20-CV-04818-YGR |
| | **CLASS ACTION** |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE** |
| vs. | |
| MICROSOFT CORPORATION, | Honorable Yvonne Gonzalez Rogers |
| Defendant. | |

The Plaintiffs and the Defendant, having reached a compromise, stipulate, and agree

under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiffs' claims against the

**STIPULATED AND [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE - 1**

Case No. 20-CV-04818-YGR

Defendant are dismissed with prejudice. It is further stipulated that each party will bear its own costs, expenses, and attorneys' fees.

Respectfully submitted and dated this 23rd day of November, 2022.

| BAILEY & GLASSER LLP | COOLEY LLP |
|---|---|
| */s/ John W. Barrett* | /s/ Whitty Somvichian |
| John W. Barrett (*admitted pro hac vice*) | Whitty Somvichian (State Bar No. 194463) |
| BAILEY & GLASSER, LLP | COOLEY LLP |
| 209 Capitol Street | 3 Embarcadero Center, 20th Floor |
| Charleston, WV 25301 | San Francisco, CA 94111 |
| Telephone: (304) 345-6555 | Telephone: (415) 693-2000 |
| Email: jbarrett@baileyglasser.com | Email: wsomvichian@cooley.com |
| | |
| Arthur H. Bryant (State Bar No. 208365) | *Attorneys for Defendant* |
| BAILEY & GLASSER, LLP | |
| 1999 Harrison Street, Suite 660 | |
| Oakland, CA 94612 | |
| Telephone: (510) 272-8000 | |
| Email: abryant@baileyglasser.com | |

Yvette Y. Golan (*admitted pro hac vice*)
THE GOLAN FIRM PLLC
529 14th Street Suite 914
Washington, DC 20045
Telephone: (866) 298-4150 ext. 101
Email: ygolan@tgfirm.com

Samuel J. Strauss (*admitted pro hac vice*)
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Email: sam@turkestrauss.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated: November 30, 2022

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

**STIPULATED AND [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE - 2**

Case No. 20-CV-04818-YGR